JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:  (510) 839-3882

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN ABSTON, individually, and as Personal Representative of the Estate of RICHARD ABSTON; COREY ABSTON; JACY ABSTON; LINDA ABSTON<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF MERCED, a municipal corporation; RUSS THOMAS, in his capacity as Sheriff for the CITY OF MERCED; J. HART, individually and in his capacity as a police officer for CITY OF MERCED; B. DALIA, individually, and in his capacity as a police officer for the CITY OF MERCED; N. ARELLANO, individually and her capacity as a police officer for the CITY OF MERCED; S. KENSEY, individually; and DOES 1-25, inclusive,<br><br>Defendants._____/ | Case No.  1:09-CV-00511 OWW GSA<br><br>**STIPULATION AND ORDER TO AMEND COMPLAINT** |

## **STIPULATION**

WHEREAS the Court ruled on Defendants' Motion for Judgment on the pleadings in the above-entitled action (see document no. 23 filed in the above-entitled action, Memorandum Decision Re:  Defendants' Motion for Judgment on the Pleadings", hereinafter "Memorandum Decision").

STIPULATION AND (PROPOSED) ORDER TO AMEND COMPLAINT                                                                                    1

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS the Court's decision in its Memorandum Decision found that Plaintiffs' First Cause of Action in their Complaint gave no notice that Plaintiffs alleged a violation of their own Fourteenth Amendment substantive due process rights to familial companionship and society with the Decedent, RICHARD ABSTON.

WHEREAS, the parties jointly stipulate that Plaintiffs may amend the First Cause of Action in their Complaint to clarify the First Cause of Action to specifically set forth violations of each Plaintiff's own Fourteenth Amendment substantive due process rights to familial companionship and society with the Decedent, RICHARD ABSTON.

IT IS SO STIPULATED.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  November 3, 2009 | **The Law Offices of John L. Burris** |
|  | /s/ Benjamin Nisenbaum<br>Benjamin Nisenbaum<br>Attorney for Plaintiffs |
| Dated:  November 3, 2009 | Respectfully submitted,<br><br>EDMUND G. BROWN JR.<br>Attorney General of California<br>JAMES M. SCHIAVENZA<br>Senior Assistant Attorney General<br><br>/s/<br>STEVEN M. GEVERCER<br>Supervising Deputy Attorney General<br><br>*Attorneys for Defendant*<br>*Shane Kensey* |

PDF created with pdfFactory trial version www.pdffactory.com

Dated:  November 3, 2009                    Respectfully submitted,

                                            LOW BALL AND LYNCH

                                            /s/
                                            DALE L. ALLEN, JR.

                                            *Attorneys for Defendants*
                                            *City of Merced; Russ Thomas; J. Hart;*
                                            *B. Dalia and N. Arellano*

## ORDER

PURSUANT TO THE PARTIES' STIPULATIONS, Plaintiffs shall file a First Amended Complaint amending the First Cause of Action to specifically set forth violations of each Plaintiff's own Fourteenth Amendment substantive due process rights to familial companionship and society with the Decedent, RICHARD ABSTON within 30 days from the issuance of this Order.

**IT IS SO ORDERED.**

Dated: November 18, 2009                    /s/ OLIVER W. WANGER
                                            Honorable Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com