JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:  (510) 839-3882

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN ABSTON, individually, and as Personal Representative of the Estate of RICHARD ABSTON; COREY ABSTON; JACY ABSTON; LINDA ABSTON<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF MERCED, a municipal corporation; RUSS THOMAS, in his capacity as Sheriff for the CITY OF MERCED; J. HART, individually and in his capacity as a police officer for CITY OF MERCED; B. DALIA, individually, and in his capacity as a police officer for the CITY OF MERCED; N. ARELLANO, individually and her capacity as a police officer for the CITY OF MERCED; S. KENSEY, individually; and DOES 1-25, inclusive,<br><br>Defendants.<br>_____ / | Case No.  1:09-CV-00511 OWW GSA<br><br>**STIPULATION AND ORDER DISMISSING PLAINTIFFS' FIFTH CAUSE OF ACTION WITH PREJUDICE AND MODIFYING FIRST CAUSE OF ACTION** |

## **STIPULATION**

WHEREAS,  Plaintiffs have filed a First Amended Complaint in this action, pursuant to stipulation.

WHEREAS,  the First Amended Complaint contains a cause of action for violation of California Civil Code section 52.1, in the Fifth Cause of Action.

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, the parties stipulate to dismissal of the Fifth Cause of Action in Plaintiffs' First Amended Complaint, with prejudice, in its entirety as to all claims of violation of California Civil Code section 52.1.

WHEREAS, the First Cause of Action, paragraph 38(a), alleges a Fourth Amendment claim on behalf of all plaintiffs.

WHEREAS, the parties stipulate that a Fourth Amendment claim can be asserted only on behalf of Decedent RICHARD ABSTON, through the personal representative of his estate, MAUREEN ABSTON.

IT IS SO STIPULATED, that the Fifth Cause of Action of the First Amended Complaint should be dismissed with prejudice; and the First Cause of Action, paragraph 38 (a) should be amended to state a Fourth Amendment claim solely on behalf of Decedent RICHARD ABSTON, through the personal representative of his estate, MAUREEN ABSTON.

Respectfully submitted,

Dated:  January 4, 2010                **The Law Offices of John L. Burris**

/s/ BENJAMIN NISENBAUM
Benjamin Nisenbaum
Attorney for Plaintiffs
Maureen Abston, Corey Abston; Jacy Abston; Linda abston

STIPULATION AND (PROPOSED) ORDER DISMISING PLAINTIFFS' FIFTH CAUSE OF ACITON WITH PREJUDICE                              2

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: January 4,   2010 | Respectfully submitted,<br><br>EDMUND G. BROWN JR.<br>Attorney General of California<br>JAMES M. SCHIAVENZA<br>Senior Assistant Attorney General<br><br><br>/s/ STEVEN M. GEVERCER<br>STEVEN M. GEVERCER<br>Supervising Deputy Attorney General<br>*Attorneys for Defendant*<br>*Shane Kensey* |
| Dated: January 4, 2010 | Respectfully submitted,<br>LOW BALL AND LYNCH<br><br>/s/ DALE ALLEN JR.<br>DALE L. ALLEN, JR<br>*Attorneys for Defendants*<br>*City of Merced; Russ Thomas; J. Hart;*<br>*B. Dalia and N. Arellano* |

STIPULATION AND (PROPOSED) ORDER DISMISING PLAINTIFFS' FIFTH CAUSE OF ACITON WITH PREJUDICE       3

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

PURSUANT TO THE PARTIES' STIPULATIONS, Plaintiffs' Fifth Cause of Action asserted in Plaintiffs' First Amended Complaint, alleging violation of California Civil Code section 52.1, is hereby dismissed with prejudice.  The Court takes notice that the Fourth Amendment right to be free from unreasonable searches and seizures asserted in Plaintiffs' First Cause of Action, paragraph 38(a), of Plaintiffs' First Amended Complaint, is asserted solely on behalf of Decedent RICHARD ABSTON, through the personal representative of his estate, MAUREEN ABSTON.

**IT IS SO ORDERED.**

Dated:_January 15, 2010               /s/ OLIVER W. WANGER_____
                                      Honorable Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com