EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
JAMES M. SCHIAVENZA, State Bar No. 62651
Senior Assistant Attorney General
STEVEN M. GEVERCER, State Bar No. 112790
Supervising Deputy Attorney General
 1300 I Street, Suite 125/P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 322-7487
 Fax:  (916) 322-8288
 E-mail:  Steven.Gevercer@doj.ca.gov

*Attorneys for Defendant Shane Kensey*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **MAUREEN ABSTON, et al.,** | 1:09-CV-00511 OWW GSA |
| Plaintiff, | **STIPULATION FOR DISMISSAL, WITHOUT  PREJUDICE, OF DEFENDANT SHANE KENSEY AND ORDER THEREON** |
| **v.** | |
| **CITY OF MERCED, et al.,** | |
| Defendants. | |

///

///

///

///

///

///

///

///

///

///

///

1

1    IT IS HEREBY STIPULATED by and between the parties to this action, plaintiffs Maureen

2    Abston; Corey Abston; Jacy Abston and Linda Abston, proceeding through counsel, and

3    defendant Shane Kensey proceeding through his counsel of record, that the above-captioned

4    action be and hereby is dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure

5    41(a)(1)(ii).

6    Dated:  March 26 , 2010                    LAW OFFICE OF JOHN L. BURIS

7                                              /s/ Benjamin Nisenbaum

8
                                              BENJAMIN NISENBAUM
9                                             Attorney for Plaintiffs Maureen Abston; Corey
                                              Abston; Jacy Abston and Linda Abston
10

11   Dated:  March 26, 2010                    EDMUND G. BROWN JR.
                                              Attorney General of California
12                                            James M. Schiavenza
                                              Senior Assistant Attorney General
13

14                                             /s/ Steven M. Gevercer

15
                                              STEVEN M. GEVERCER
16                                            Supervising Deputy Attorney General
                                              *Attorneys for Defendant Shane Kensey*
17

18   Dated:  March 26, 2010                    LOW, BALL & LYNCH

19
                                              /s/ Dale L. Allen, Jr.
20

21                                            DALE L. ALLEN, JR.
                                              Attorneys for Defendants
22                                            City of Merced; Russ Thomas; J. Hart; B.
                                              Dalia; & N. Arellano
23

24   / / / / /

25   / / / / /

26   / / / / /

27   / / / / /

28   / / / / /

2

1

**<u>Order</u>**

2        In light of the stipulation filed with the court and signed by all parties agreeing to the

3   voluntary dismissal of defendant Shane Kensey, IT IS HEREBY ORDERED that defendant

4   Shane Kensey is dismissed from this action.

5

6

7   IT IS SO ORDERED.

8        Dated:   **March 30, 2010**                              **/s/ Oliver W. Wanger**
                                                                     UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3