JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882

Attorneys for Plaintiffs
MAUREEN ABSTON, et al.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN ABSTON, individually, and as Personal Representative of the Estate of RICHARD ABSTON; COREY ABSTON; JACY ABSTON; LINDA ABSTON<br><br>Plaintiffs,<br>vs.<br><br>CITY OF MERCED, a municipal corporation; RUSS THOMAS, in his capacity as Sheriff for the CITY OF MERCED;  J. HART, individually and in his capacity as a police officer for CITY OF MERCED; B. DALIA, individually, and in his capacity as a police officer for the CITY OF MERCED; N. ARELLANO, individually and her capacity as a police officer for the CITY OF MERCED; S. KENSEY, individually; and DOES 1-25, inclusive, | Case No.  1:09-CV-00511 OWW GSA<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL DATE**<br><br>Pre-Trial Conference Date:  3/11/2011<br>Trial Date:  4/26/2011 |

STIPULATION AND ORDER TO CONTINUE TRIAL DATE
1:09-cv-00511-OWW-GSA Abston et al v. City of Merced et al

1

|   | Defendants. | |
|---|---|---|
|   | / | |

## STIPULATION

WHEREAS, trial in this matter has been set to begin on April 26, 2011.

WHEREAS, Plaintiffs' counsel has a newly-arised potential conflict with the April 26, 2011 case, described herein as follows and in the accompanying Declaration of Benjamin Nisenbaum.

Plaintiffs' counsel represents Teresa Sheehan in a federal civil rights action currently pending in U.S. District Court for the Northern District of California, *Teresa Sheehan v. City and County of San Francisco, et al,* Case No. C 09 03889 CRB. Trial in the *Sheehan* matter is currently set for November 29, 2010, before Judge Charles R. Breyer. *Sheehan* involves a woman who was survived being shot several times by San Francisco Police Department officers, while in her residence, following a W&I section 5150 report of Ms. Sheehan threatening her social worker with a knife. The likelihood of settlement in *Sheehan* is very low if not non-existent.  Judge Breyer set a short discovery calendar in that case (initial Case Management Conference was February 26, 2010), due to the fact that the Plaintiff had been through a criminal trial already.  As discovery in *Sheehan* has progressed, two matters have arisen that necessitate the *Sheehan* trial date being moved. Both matters are set forth in Exhibit A to the accompanying Declaration of Benjamin Nisenbaum (the filed, but denied, Joint Administrative Motion to Continue Trial Date and Modify Pre-Trial Conference Order in *Sheehan*):  One is that the period of discovery is simply too short.  The other matter is that Defense counsel for all defendants in that action, San Francisco Deputy City Attorney Blake Loebs, will be out on paternity leave from October 11, 2010 to January 11, 2010.  Counsel in *Sheehan* submitted a stipulation to modify the Pre-Trial Conference Order in Sheehan to accommodate both matters, requesting a trial

1  date in June 2011 (for Plaintiffs' counsel, this would follow the trial of the instant
2  action).  However, Judge Breyer rejected the proposed modification.
3        Judge Breyer indicated to Defendants' attorney, Mr. Loebs, that he would
4  entertain a "more modest" continuance of the trial date, in light of Mr. Loebs' paternity
5  leave.  See Exhibit B to the accompanying Declaration of Benjamin Nisenbaum, the
6  Declaration of Blake P. Loebs.
7        Thus, counsel for the parties in *Sheehan* have sought another trial date in
8  *Sheehan* less remote than June 2011.  The only feasible time to try *Sheehan* is late
9  April 2011.  It appears likely to counsel in *Sheehan* that Judge Breyer would
10 accommodate this more modest request.  Moreover, Dale L. Allen, Jr., Esq., counsel
11 for the City of Merced defendants, has a three-week trial in San Joaquin County
12 starting on June 20, 2011, followed by a pre-planned vacation.  Accordingly, the
13 schedules of the parties' respective trial counsel necessitate moving the trial in this
14 action to no sooner than August 22, 2011, dependant on this Court's calendar.
15       Counsel for the parties in this action have conferred, and are available for trial
16 of this action on or after August 22, 2011.   No other dates previously set by the
17 Court should be affected by this requested continuance.

18       IT IS SO STIPULATED.

                                                  Respectfully submitted,

Dated:  June 7, 2010                     **The Law Offices of John L. Burris**

                                           /S/ *Benjamin Nisenbaum*
                                        Benjamin Nisenbaum
                                        Attorney for Plaintiffs

3

STIPULATION AND ORDER TO CONTINUE TRIAL DATE
1:09-cv-00511-OWW-GSA Abston et al v. City of Merced et al

Dated:  June 7, 2010

Respectfully submitted,

L<small>OW</small> B<small>ALL AND</small> L<small>YNCH</small>

/s/
D<small>ALE</small> L. A<small>LLEN</small>, J<small>R</small>.

*Attorneys for Defendants*
*City of Merced; Russ Thomas; J. Hart;*
*B. Dalia and N. Arellano*

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION, the Court finds good cause to continue the trial date in this action.  The trial date of this action is hereby continued to August 30, 2011 at 9:00 a.m.  No other dates shall be affected by this Order.

NO FURTHER CONTINUANCES.

IT IS SO ORDERED.

Dated:  **June 21, 2010**                                    **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE