1  DALE L. ALLEN, JR., # 145279
   DIRK D. LARSEN, # 246028
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California  94111-2584
   Telephone (415) 981-6630
4  Facsimile (415) 982-1634

5  Attorneys for Defendants
   CITY OF MERCED; RUSS THOMAS; J. HART;
6  B. DALIA; N. ARELLANO
   dallen@lowball.com
7  dlarsen@lowball.com

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 MAUREEN ABSTON, individually, and as Personal )   Case No.
   Representative of the Estate of RICHARD           )   1:09-CV-00511-OWW-MJS
12 ABSTON; COREY ABSTON; JACY ABSTON;               )
   LINDA ABSTON,                                     )   STIPULATION TO CONTINUE
13                                                    )   MANDATORY SETTLEMENT
                          Plaintiffs,                )   CONFERENCE
14                                                    )                AND
            vs.                                       )        ORDER THEREON
15                                                    )
   CITY OF MERCED, a municipal corporation; RUSS)
16 THOMAS, in his capacity as Sheriff for the  CITY )   SETTLEMENT CONFERENCE
   OF MERCED; J. HART, individually and in his     )   RESET FOR
17 capacity as a police officer for CITY OF MERCED; )
   B. DALIA, individually, and in his capacity as a  )   Date:   March 24, 2011
18 police officer for the CITY OF MERCED;           )   Time: 1:30 p.m.
   N. ARELLANO, individually and her capacity as   )   Location: Courtroom 6
19 police officer for the CITY OF MERCED; S.        )
   KENSEY, individually; and DOES 1-25, inclusive, )
20                                                    )
                          Defendants.                )
21 _____)

22        The parties to the above-captioned action, through their respective counsel, hereby stipulate to

23 continue the mandatory settlement conference currently scheduled for December 15, 2010, at 9:00 a.m., to

24 March 10 or 24, 2011, at 1:30 p.m., in Courtroom 6 of the above-entitled Court.  The grounds for this

25 stipulation are that Defendants intend to file a motion for summary judgment, or in the alternative, summary

26 adjudication, by the January 7, 2001 filing deadline, and the parties believe that the interests of economy and

27 effectiveness would best be served if the mandatory settlement conference were to take place after the

28 hearing of said motion.

STIPULATION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE AND ORDER

1    SO STIPULATED.

2

3    Dated: December 10, 2010.

4                                                      LOW, BALL & LYNCH

5

6                                               By_____/s/ Dirk D. Larsen_____
                                                     DALE L. ALLEN, JR.
7                                                    DIRK D. LARSEN
                                                     Attorneys for Defendants
8                                                    CITY OF MERCED; RUSS THOMAS; J. HART;
                                                     B. DALIA; N. ARELLANO
9

10

11   Dated:  December 10, 2010.

12                                                    LAW OFFICES OF JOHN L. BURRIS

13

14                                              By_____/s/ Benjamin Nisenbaum_____
                                                     JOHN L. BURRIS
15                                                   BENJAMIN NISENBAUM
                                                     Attorneys for Plaintiffs MAUREEN ABSTON,
16                                                   individually, and as Personal Representative of the
                                                     Estate of RICHARD ABSTON; COREY ABSTON;
17                                                   JACY ABSTON; LINDA ABSTON

18

19                                    **ORDER**

20        Pursuant to the stipulation of the parties herein, IT IS HEREBY ORDERED that the mandatory

21   settlement conference currently scheduled for December 15, 2010, be continued to March 24, 2011, at

22   1:30 p.m., in Courtroom 6 of the above-entitled Court.

23

24   IT IS SO ORDERED.

25   Dated:   December_____, 2010.      /s/ *Michael J. Seng*
                                                     UNITED STATES MAGISTRATE JUDGE
26

27

28

-2-