1

2

3

4

5                     UNITED STATES DISTRICT COURT

6                     EASTERN DISTRICT OF CALIFORNIA

7

8   ABSTON ET.AL,                    )        **NEW CASE NO.   1:09-CV-511-MJS**

9          Plaintiff                 )        ORDER ASSIGNING CASE
                                      )        RE PRESIDING JUDGE
10           vs                       )
                                      )        Old Case No.  1:09-cv-0511 —MJS
11                                    )
    CITY OF MERCED, ET. AL,           )
12                                    )
          Defendants                  )
13  _____  )

14

15        IT IS HEREBY ORDERED that the above-entitled action be assigned  to the docket of

16  Judge MICHAEL J. SENGas Presiding Judge of the above entitled action.  Plaintiff filed their

17  consent on October 20, 2011  and Defendant filed their consent on October 14,2011  under

18  Title 28, U.S.C. Sec. 636(c)(1)  to have a United States Magistrate Judge conduct all further

19  proceedings in this case, including trial and entry of final judgment.

20        **ALL FUTURE PLEADINGS SHALL BE NUMBERED AS FOLLOWS:**

21                          **1:09-cv-0511-MJS**

22

23  IT IS SO ORDERED.

24
    Dated:    October 21, 2011
25                                        CHIEF UNITED STATES DISTRICT JUDGE

26

27

28