JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN ABSTON, individually, and as Personal Representative of the Estate of RICHARD ABSTON; COREY ABSTON; JACY ABSTON; LINDA ABSTON,<br><br>             Plaintiffs,<br><br>      vs.<br><br>CITY OF MERCED, a municipal corporation; RUSS THOMAS, in his capacity as Sheriff for the CITY OF MERCED; J. HART, individually and in his capacity as a police officer for CITY OF MERCED; B. DALIA, individually, and in his capacity as a police officer for the CITY OF MERCED; N. ARELLANO, individually and her capacity as a police officer for the CITY OF MERCED; S. KENSEY, individually; and DOES 1-25, inclusive,<br><br>             Defendants.<br>_____/ | Case No. 1:09-CV-00511 MJS<br><br>**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE** |

### STIPULATION

All parties to this action stipulate and agree, by and through their respective Counsel, to continue the settlement conference set for July 1, 2013 before Magistrate Judge Stanley A. Boone, as follows:

1

1. Counsel for the parties appeared before the Court for a Trial Setting Conference on June 6, 2013, wherein dates were set for the Pretrial Conference, Trial and a Settlement Conference was set before Magistrate Judge Stanley A. Boone on July 1, 2013;

2. Plaintiffs' are unavailable to appear for the Settlement Conference scheduled before Magistrate Judge Stanley A. Boone on July 1, 2013, as Plaintiffs' counsel Benjamin Nisenbaum is scheduled to be on parental leave beginning June 30, 2013 and John L. Burris is scheduled for a Settlement Conference before Magistrate Judge Laurel Beeler on July 1, 2013 at 9:00 a.m. in San Francisco.

3. Plaintiff's counsel contacted Judge Boone's Courtroom Deputy, Ms. Hernandez to discuss alternate dates for the Settlement Conference. On June 21, 2013, Ms. Hernandez provided the date of August 5, 2013 at 9:00 a.m. for Settlement Conference.

4. Therefore, the parties respectfully stipulate and request that this Court continue the Settlement Conference in this matter to August 5, 2013 at 9:00 a.m.

Dated:  June 21, 2013                        LAW OFFICES OF JOHN L. BURRIS

                                                                                  /s/ Benjamin Nisenbaum
                                                                                  Benjamin Nisenbaum
                                                                                  Attorney for Plaintiffs

Dated: June 25, 2013                         LOW BALL AND LYNCH

                                                                                  /s/ Dale L. Allen, Jr.
                                                                                  Dale L. Allen, Jr.
                                                                                  Attorney for Defendants
                                                                                  City of Merced; Russ Thomas; J. Hart;
                                                                                  B. Dalia and N. Arellano

**ORDER**

Good cause appearing therefore, it is HEREBY ORDERED that the Settlement Conference set for July 1, 2013 is continued to August 5, 2013 at 9:00 a.m. Each party shall prepare a Settlement Conference Statement, (NOT electronically filed) no later than July 29, 2013, seven (7) calendar days prior to the conference.

IT IS SO ORDERED.

Dated:   **June 25, 2013**

UNITED STATES MAGISTRATE JUDGE