DALE L. ALLEN, JR., State Bar No. 145279
KEVIN P. ALLEN, State Bar No. 252290
ALLEN, GLAESSNER & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:      (415) 697-2000
Facsimile:      (415) 813-2045
Email:   dallen@aghwlaw.com
         kallen@aghwlaw.com

Attorneys for Defendants
CITY OF MERCED; RUSS THOMAS; J. HART; B. DALIA; and N. ARELLANO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN ABSTON, individually, and as Personal Representative of the Estate of RICHARD ABSTON; COREY ABSTON; JACY ABSTON; LINDA ABSTON,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MERCED, a municipal corporation; RUSS THOMAS, in his capacity as Sheriff for the CITY OF MERCED; J. HART, individually and in his capacity as a police officer for CITY OF MERCED; B. DALIA, individually, and his capacity as a police officer for the CITY OF MERCED; N. ARELLANO, individually and her capacity as a police officer for the CITY OF MERCED; S. KENSEY, individually; and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 1:09-CV-00511-MJS<br><br>STIPULATION TO DISMISS PLAINTIFFS' FIRST CAUSE OF ACTION OF 4TH AMENDMENT CLAIM OF EXCESSIVE FORCE AGAINST DEFENDANT OFFICERS NOEMI ARELLANO AND BERNARD DALIA IN EXCHAGE OF WAIVER OF COSTS AND FEES AND<br>ORDER THEREON<br><br>Trial Date:     February 18, 2014<br>Judge:          Michael J. Seng<br>Courtroom:      6, 3rd Floor |

The parties to this action hereby stipulate as follows:

1.      Plaintiffs' first cause of action (excessive force under the Fourth Amendment) is

        dismissed as to defendant officers Noemi Arellano and Bernard Dalia ONLY.

STIPULATION TO DISMISS PLAINTIFFS' FIRST CAUSE OF ACTION OF 4TH AMENDMENT CLAIM OF EXCESSIVE FORCE AGAINST DEFENDANT OFFICERS NOEMI ARELLANO AND BERNARD DAHLIA

2. Defendants waive all attorneys' fees and costs incurred in defending Officers Arellano and Dalia against Plaintiffs' first cause of action.

3. No other defendants are dismissed from the first cause of action.

4. Noemi Arellano and Bernard Dalia are not dismissed from any other cause of action besides the first.

5. Defendants do not waive attorneys' fees or costs for any other cause of action as to any defendant.

IT IS SO STIPULATED:

Date: January 31, 2014            LAW OFFICE OF JOHN L. BURRIS

                                  By:    /s/ Ben Nisenbaum
                                  John L. Burris, Esq.
                                  Ben Nisenbaum, Esq.
                                  Attorneys for Plaintiffs

Date: January 31, 2014            ALLEN, GLAESSNER & WERTH. LLP

                                  By:    /s/ Kevin P. Allen
                                  Dale L. Allen, Jr.
                                  Kevin P. Allen
                                  Attorneys for Defendants
                                  CITY OF MERCED; RUSS THOMAS; J. HART;
                                  B. DALIA; and N. ARELLANO

**ORDER**

IT IS SO ORDERED.

Dated:   February 3, 2014          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE

ALLEN. GLAESSNER & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

**ALLEN, GLAESSNER & WERTH, LLP**
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28