UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
2500 Tulare Street, Room 1501
Fresno, CA 93721



FILED

FEB 2 4 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

## ORDER AND RECEIPT FOR TRIAL EXHIBITS

**CASE NUMBER:** 1:09-cv-00511-MJS

**CASE NAME:** Maureen Abston et al. vs. City of Merced et al.

Pursuant to Local Rule 138(f), the Court orders that custody of all exhibits used, referenced and/or admitted at trial are returned to the party who initially marked the exhibit, **irrespective of who used, referenced, or admitted the exhibit at trial**. The parties shall retrieve the original exhibits from the Courtroom Deputy following the verdict in the case. Depositions will be returned to the party who submitted them.

The parties' counsel shall retain possession of and keep safe all exhibits and depositions until final judgment and all appeals are exhausted or the time for filing an appeal has passed.

DATED: February 24, 2014

_____
MICHAEL J. SENG
United States Magistrate Judge

**DATE EXHIBITS RETURNED:** February 24, 2014

**Pltf Attorneys:** Benjamin Nisenbaum and Adante Pointer

**Pltf Attorneys' Signatures:** _____

**DATE EXHIBITS RETURNED:** February 24, 2014

**Deft Attorneys:** Dale Allen and Kevin Allen

**Deft Attorneys' Signatures:** _____

This document certifies that the above referenced exhibits were returned.

**Date:** February 24, 2014

_____
**RENEE GAUMNITZ**
**Courtroom Deputy**