# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN ABSTON, individually, and as Personal Representative of the Estate of RICHARD ABSTON; COREY ABSTON; JACY ABSTON; LINDA ABSTON,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF MERCED, a municipal corporation; RUSS THOMAS, in his capacity as Sheriff for the CITY OF MERCED; J. HART, individually and in his capacity as a police officer for CITY OF MERCED; B. DALIA, individually, and in his capacity as a police officer for the CITY OF MERCED; N. ARELLANO, individually and her capacity as a police officer for the CITY OF MERCED; and DOES 1-25, inclusive,<br><br>　　　　Defendants. | Case No.: 1:09-cv-0511-MJS<br><br><br><br>**ORDER ON STIPULATION FOR DISMISSAL OF DEFENDANT B. DALIA** |

On February 19, 2014, during trial in this action, the parties stipulated on the record that Plaintiffs' sole continuing cause of action against Defendant B. Dalia of Richard Abston

1

be dismissed and that said Defendant be dismissed from this action in exchange of his waiver of costs and fees.

IT IS SO ORDERED.

Dated:  February 26, 2014        /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE