*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

MAUREEN ABSTON, COREY ABSTON,
JACY ABSTON, & LINDA ABSTON,

      Plaintiffs,

vs.

CITY OF MERCED, RUSS THOMAS,
J. HART, & N. ARELLANO,

      Defendants.
_____/

JUDGMENT IN A CIVIL ACTION

1:09-cv-00511-MJS

Judgment is entered in this action in favor of Defendants City of Merced, Russ Thomas, J. Hart, and N. Arellano and against Plaintiffs Maureen Abston, Corey Abston, Jacy Abston, and Linda Abston on all plaintiff's claims, according to the verdicts of trial jury returned in open Court February 24, 2014. Defendants shall recover their costs of suit.

DATED: March 5, 2014                  MARIANNE MATHERLY, Clerk

                                                            /s/ RENEE GAUMNITZ
                                                      By:  Renee Gaumnitz,
                                                             Deputy Clerk